IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES ZAMORA,<br><br>Defendant. | Case No. CR-23-20-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the trial date of August 21, 2023 is hereby **VACATED** to be reset upon this Court's ruling on the Defendant, Moises Zamora's Motion to Suppress (Doc. 20). The time from the motion's filing on July 10, 2023, to this Court's decision on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of August, 2023.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE