IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES ZAMORA,<br><br>Defendant. | **Case No. CR 23-20-BLG-SPW**<br><br><br>**ORDER** |

Upon Defendant's Motion for Status of Counsel Hearing (Doc. 32), through his attorney, and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. A Status of Counsel Hearing is set for **Friday, December 15, 2023 at 1:30 p.m.** Defendant, Moises Zamora, will appear **via ZOOM** from the Missouri River Federal Courthouse, 125 Central Avenue, Great Falls, Montana.

The Clerk of Court is directed to notify the U.S. Marshals Service in Great Falls, Montana of the making of this Order.

DATED this 14th day of December, 2023.

SUSAN P. WATTERS
United States District Court Judge